JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEYVA SALGADO,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN FCC LOMPOC LOW II,<br><br>        Respondent. | Case No. 2:24-cv-00168-JFW-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders.

DATED: August 16, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE